Joseph T. WATKINS; Johnnie S. Watkins, (Mrs.), Plaintiffs—Appellants,

v.

Robert L. EHRLICH, Jr.; Vinyl Technologies, Incorporated, Defendants—Appellees.

No. 04–2305.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2005.

Decided: April 20, 2005.

Joseph T. Watkins, Johnnie S. Watkins, Appellants pro se.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph T. and Johnnie S. Watkins appeal the district court's order dismissing their complaint for want of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

district court. *See Watkins v. Ehrlich,* No. CA-04-2813-AW (D.Md. Sept. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*